# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-886
_____

URAL GRIMES JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

June 18, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ural Grimes Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.